**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8103**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JOEL EUGENE HENRY, a/k/a Sleepy,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L.
Voorhees, District Judge.  (5:06-cr-00022-RLV-CH-1)

_____

Submitted:  February 26, 2013   Decided:  March 1, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joel Eugene Henry, Appellant Pro Se.  Thomas Richard Ascik, Amy
Elizabeth Ray, Assistant United States Attorneys, Asheville,
North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Eugene Henry appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Henry, No. 5:06-cr-00022-RLV-CH-1 (W.D.N.C. Nov. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED